PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL A. VALENCIA,<br><br>  Defendant. | CASE NO.  6:24-MJ-00014-HBK<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>DATE: August 16, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

This case is scheduled for a status conference on August 15, 2024, before United States Magistrate Judge Sheila K. Oberto.  Since the hearing was scheduled, a new attorney has been appointed and he anticipates receiving initial discovery.  This case involves misdemeanor charges, and the parties have intended for it to follow pending felony case 1:24-cr-00190 KES-BAM.  The parties and court recently moved that next court date to August 16, 2024, at 2:00 pm.  The parties request that this misdemeanor case likewise be continued to the same date and time.

  IT IS SO STIPULATED.

Dated: August 9, 2024                               PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ David Gappa
                                                    DAVID L. GAPPA
                                                    Assistant United States Attorney

1

Dated:  August 9, 2024               /s/ MARK BROUGHTON
                                     MARK BROUGHTON
                                     COUNSEL FOR
                                     MICHAEL A. VALENCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL A. VALENCIA,<br><br>           Defendant. | CASE NO.  6:24-MJ-00014-HBK<br><br>ORDER<br><br>DATE: August 16, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on August 9, 2024, and also reviewed the record of this case.  For the reasons stated in the stipulation, the court finds good cause for continuing the status conference.  The status conference scheduled for August 15, 2024, is vacated and rescheduled for August 16, 2024, at 2:00 p.m.

IT IS SO ORDERED.

DATED: 8/12/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE