1   PHILLIP A. TALBERT
    United States Attorney
2   DAVID L. GAPPA
    Assistant United States Attorney
3   2500 Tulare Street
    Suite 4401
4   Fresno, California 93721
    Telephone: (559) 497-4000
5
    Attorneys for Plaintiff
6   United States of America

7                  IN THE UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              CASE NO.  6:24-MJ-00014-HBK

                          Plaintiff,       STIPULATION FOR CONTINUANCE OF STATUS
11                                         CONFERENCE; ORDER

          v.                               PROPOSED DATE: October 9, 2024
12                                         TIME: 1:00 p.m.
    MICHAEL A. VALENCIA,                   COURT: Hon. Barbara A. McAuliffe
13
                          Defendant.
14

15

16          This case is scheduled for a status conference on August 28, 2024, before United States

17  Magistrate Judge Barbara A. McAuliffe.  Defense counsel was only recently appointed, and he

    anticipates receiving additional discovery.  This case involves misdemeanor charges, and the parties
18
    have intended for it to follow pending felony case 1:24-cr-00190 KES-BAM as the essential witnesses
19
    and some issues overlap.  In addition, defense counsel is in the process of obtaining authorization to
20
    have the defendant evaluated for issues related to his mental health and/or competence to assist in
21
    defense of his pending cases.  The parties do not anticipate that anything significant could be
22
    accomplished by appearing in person on the next scheduled court date, so they have agreed to request
23
    that the hearing be moved to October 9, 2024.  The parties agree that time under the Speedy Trial Act be
24
    excluded under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv).
25

26  Dated:  August 23, 2024                    PHILLIP A. TALBERT
                                               United States Attorney
27
                                                /s/ David Gappa
28

                                            1

DAVID L. GAPPA
Assistant United States Attorney


Dated:  August 23, 2024                    /s/ MARK BROUGHTON

MARK BROUGHTON
COUNSEL FOR
MICHAEL A. VALENCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:24-MJ-00014-HBK |
| Plaintiff, | FINDINGS AND ORDER |
| v. | PROPOSED DATE: October 9, 2024 TIME: 1:00 p.m. |
| MICHAEL A. VALENCIA, | COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

The court has reviewed and considered the stipulation filed by the parties on August 23, 2024, and also reviewed the record of this case. For the reasons stated in the stipulation, the court finds good cause to set a status conference. The status conference is set for **October 9, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act is excluded under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv) on the basis of the agreements of the parties in the stipulation.

IT IS SO ORDERED.

Dated: __August 23, 2024__          ____/s/ Barbara A. McAuliffe____
                                    UNITED STATES MAGISTRATE JUDGE