IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL A. VALENCIA,<br><br>   Defendant. | CASE NO.  1:24-CR-00190 KES-BAM<br>                    6:24-MJ-00014-HBK<br><br>FINDINGS AND ORDER<br><br>NEW DATE: August 11, 2025<br>TIME: 11:00 a.m.<br>COURT: Hon. Kirk E. Sherriff |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on August 1, 2025, and has also reviewed the record of this case.  For the reasons stated in the stipulation, the court finds good cause for continuing the status conference one additional week.  The hearing scheduled for August 4, 2025, is vacated and rescheduled for August 11, 2025, at 11:00 a.m.  The Court finds good cause for excluding time under the Speedy Trial Act under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv), based on the agreements of the parties in the stipulation.  The trailing misdemeanor case, 6:24-MJ-00014-HBK, is also continued to August 11, 2025.

IT IS SO ORDERED.

   Dated:   August 1, 2025                                                                                       
                                                                UNITED STATES DISTRICT JUDGE

1